## N. Y. SUPERIOR COURT.

HENRY M. FIELD, plaintiff, agt. JAMES STEWART and JOHN
H. MASTERTON, defendants.

No appeal lies from an order denying a motion to compel a party to make his plead-
ing more definite and certain, and to strike out irrelevant and redundant matter
contained therein.

*General Term, January,* 1870.
*Before* MONELL, FREEDMAN *and* SPENCER, *JJ.*

FIELD & SHEARMAN, *attorneys for plaintiff and res-
pondent.*
C. W. BANGS, *attorney for defendants and appellants.*

*By the Court,* FREEDMAN, J.—This is an appeal from an
order made at special ter n denying the motion of the defend-
ants to compel the plaintiff to make his complaint more
definite and certain, to state two causes of action, alleged to
be contained in one count, separately, and to number the
same, and to strike out irrelevant and redundant matter
therefrom.

The denial of the motion was a matter resting in the dis-
cretion of the judge below, and relates to a mere matter of
practice or form of proceeding; it does not involve the
merits of the action or some part thereof, and the order,
therefore, is not appealable. (*Whitney* agt. *Waterman,* 4
*How.,* 313; *St. John* agt. *West,* 4 *How.,* 329; *Bedell* agt.
*Stickles,* 4 *How.,* 433 ; *Salters* agt. *Genin,* 10 *Abb.,* 478, 19
*How.,* 233.)

Nor does the order, as made, affect a substantial right,

for a party cannot be said to have a substantial right to what a court has a discretion to grant or withhold. The legislature must have intended, by a substantial right, a fixed, determined right, independent of the discretion of the court, and of some value. Such a right must exist, and be injuriously affected by an order, to bring a case within the third subdivision of sec. 349 of the Code. (*Tallman* agt. *Hinman*, 10 *How.*, 90.)

The appeal should be dismissed with costs.

MONELL, J.—I concur.

SPENCER, J.—I concur.